UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
XL SPECIALTY INS. CO.,

                                                      No. 21-CV-7274-LTS

                Plaintiff,

      -against-

EVANSTON INS. CO. et al,

                Defendants.
-------------------------------------------------------x

## ORDER OF DISMISSAL

        The attorneys for the parties have advised the Court that this action has been or will be settled.  Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs to any party, but without prejudice to restoration of the action to the calendar of the undersigned if settlement is not achieved within thirty (30) days of the date of this Order.  If a party wishes to reopen this matter or extend the time within which it may be settled, the party must make a letter application before this thirty (30)-day period expires.  The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court to be so ordered.

This order resolves docket entry number 57. The Clerk of Court is directed to terminate all pending motions, without prejudice to restoration if this case is reopened in accordance with this order.

SO ORDERED.

Dated: New York, New York
       June 22, 2022

          /s/ Laura Taylor Swain
         LAURA TAYLOR SWAIN
         Chief United States District Judge